IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| **GABRIEL VILLARREAL,** | : | |
| | : | |
| **Plaintiff,** | : | Civil Action File No. |
| | : | 3:17-CV-13-TCB |
| **vs.** | : | |
| | : | |
| **AVIATION MANAGED** | : | |
| **SOLUTIONS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Pending before the Court is the Parties' Joint Motion for Review and
Approval of Settlement Agreement. The Parties have requested that the Court
review and approve their proposed Settlement Agreement because it includes a
release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et
seq*. The Court has reviewed the proposed Settlement Agreement and finds that it
is a fair and reasonable resolution of the Parties' dispute. Accordingly, the Parties'
Joint Motion is **GRANTED** and their Settlement Agreement and Release is
**APPROVED** and incorporated herein. The matter is dismissed with prejudice with
the Court retaining jurisdiction over this matter until the terms of the Settlement
Agreement have been complied with.

SO ORDERED this 13th day of July, 2017.

_____
Timothy C. Batten, Sr.
JUDGE, U.S. DISTRICT COURT